IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

BEVERLY STEWART,
on behalf of J.F.                                                                     PLAINTIFF

v.                                                         CAUSE NO. 1:13CV22-LG-JMR

CAROLYN W. COLVIN, Acting
Commissioner of Social Security                                                DEFENDANT

## JUDGMENT OF DISMISSAL WITH PREJUDICE

This matter having come on to be heard on the Report and Recommendation [15] entered by Chief United States Magistrate Judge John M. Roper, Sr., the Court, after a full review and consideration of the Report and Recommendation, the pleadings on file, and the relevant legal authority, finds that in accord with the Memorandum Opinion and Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that Report and Recommendation [15] entered by Chief United States Magistrate Judge John M. Roper, Sr., be, and the same hereby is, **ADOPTED** as the finding of this Court. This lawsuit is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 17th day of April, 2014.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE